SLIP OPINION

2016 Ark. 241

# SUPREME COURT OF ARKANSAS

| | |
|---|---|
| IN RE SUPREME COURT COMMITTEE ON THE UNAUTHORIZED PRACTICE OF LAW | **Opinion Delivered:** June 2, 2016 |

## PER CURIAM

Bishop Gary E. Mueller of Little Rock is appointed to the Committee on the Unauthorized Practice of Law for a three-year term to expire on May 31, 2019. The court thanks Bishop Mueller for accepting an appointment to this important committee.

The court expresses its gratitude to Ms. LuVonda A. Farmer of Heber Springs for her service to the committee.